UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20875-CR-SEITZ

UNITED STATES OF AMERICA,

v.

RICARDO HERNANDEZ,
_____/

**ORDER AFFIRMING REPORT & RECOMMENDATION**

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Peter R. Palermo recommending that the CJA Voucher of Charles G. White, Esq. for fees and expenses be reduced from $12,114.00 to a total of $12,057.50. The Court has reviewed Judge Palermo's R&R. Mr. White has advised the Court that he will not file any objections. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge Palermo be AFFIRMED, and made the Order of the District Court, as follows: Mr. White shall be paid **$12,057.50** as fair compensation for his work on this case.

DONE AND ORDERED in Miami, Florida this _10_ day of August, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Peter R. Palermo
Charles G. White, Esq.
Lucy Lara, CJA Administrator